SEND
JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5196 PA (CWx) | Date | August 6, 2009 |
|---|---|---|---|
| Title | John W. Williams v. Susan Hubbard, et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS - COURT ORDER

On July 22, 2009, the Court issued an order provisionally remanding this action to the Los Angeles County Superior Court as a result of procedural defects in the Notice of Removal. In its July 22, 2009 order, the Court stayed the order remanding the action to provide plaintiff with an opportunity to object to the remand and waive the procedural defects. Specifically, plaintiff was directed to inform the Court in writing by August 3, 2009, if he objected to the remand. To date, despite the passage of the deadline set by the Court, plaintiff has not waived the procedural defects.

On July 23, 2009, however, the removing defendants, after receiving the Court's order provisionally remanding the action, filed a declaration in which the removing defendants attempted to provide the Court with the information they failed to provide in their procedurally defective Notice of Removal. This attempt to cure the procedural defects in the Notice of Removal, filed more than thirty (30) days after the removing defendants were served with the Complaint, is ineffective and untimely. Accordingly, for the reasons stated in the July 22, 2009 order, this action is remanded to Los Angeles County Superior Court.

IT IS SO ORDERED.